PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SOCORRO RUELAS-ESPINOSA,<br><br>  Defendant. | CASE NO. 2:21-CR-00134-TLN<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: August 19, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Defendant Socorro Ruelas-Espinosa, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for an admit/deny hearing on August 19, 2021.

2.   By this stipulation, the defendant now moves to continue the admit/deny hearing until August 26, 2021, at 9:30 a.m.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   Counsel for the defendant desires additional time to discuss and negotiate a potential disposition in this matter with the assigned probation officer and counsel for the government.

   b)   The government does not object to the continuance.

///

c) The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: August 16, 2021         /s/ LINDA ALLISON
                                LINDA ALLISON
                                Counsel for Defendant
                                SOCORRO RUELAS-ESPINOSA

Dated: August 16, 2021         PHILLIP A. TALBERT
                                Acting United States Attorney

                                /s/ SAM STEFANKI
                                SAM STEFANKI
                                Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of August, 2021.

_____
Troy L. Nunley
United States District Judge